*In re* **VARI**, Anthony F. (MR 20330)
Bartlett, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Anthony F. Vari is suspended from the practice of law for one year and until further order of the Court.

*In re* **WEBB**, Daniel Francis, Jr. (MR 20282)
Shorewood, WI

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Daniel Francis Webb, Jr., is suspended from the practice of law for one year and until further order of the Court.